IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00224-H

UNITED STATES OF AMERICA     :
                             :
       v.                    :
                             :
BARRY STANLEY WASHINGTON     :
COURTNEY LAVELLE MEREDITH    :

## ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendants listed above, pursuant to 21 U.S.C. § 853, as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

Defendant Washington pled guilty to Count One of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment. Defendant Meredith pled guilty to both Counts One and Two, without benefit of a written plea agreement, but has not contested the forfeiture.

By virtue of the defendants' guilty pleas, defendant Washington's agreement, and defendant Meredith's lack of opposition to the forfeiture, the United States is now entitled to the defendants' interests in the proceeds of their illegal activity, $2,300.00, pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The above-listed $2,300.00 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against the defendants for the amount forfeitable, specifically, $2,300.00 currency, an amount for which they shall be jointly and severally liable.

In addition, upon sentencing and issuance of the Judgment and Commitment Orders, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgments, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendants at sentencing.

SO ORDERED. This 2nd day of May, 2017.

MALCOLM J. HOWARD
Senior United States District Judge

2