IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-224-2H
No. 5:18-CV-345-H

COURTNEY LAVELLE MEREDITH,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion to vacate pursuant to 28 U.S.C. § 2255, [DE #95]. The government filed a motion to dismiss, [DE #99], to which petitioner responded, [DE #103]. In his response to the government's motion to dismiss, petitioner alleges, among other claims, counsel did not present a plea agreement offer to him. [DE #103 at 2-3].

The government is directed to file a reply to petitioner's response, [DE #103], specifically addressing this claim within twenty-one (21) days of the entry of this order. Petitioner shall have twenty-one (21) days to file a sur-reply, if any.

This 28th day of July 2020.

                                                          MALCOLM J. HOWARD
                                                          Senior United States District Judge

At Greenville, NC
#35