IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-224-2H
No. 5:18-CV-345-H

COURTNEY LAVELLE MEREDITH,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter was before the court for additional briefing. [DE #108]. The government filed a motion to extend time to respond, [DE #112], which this court granted. [DE #114]. The court's order, [DE #114], was mailed to petitioner and returned undeliverable. [DE #116]. The government filed a response. [DE #115]. In light of petitioner's pro se status, petitioner may file a reply to the government's response, [DE #115], within 21 days of the filing of this order. The clerk is directed to send a copy to petitioner of this order as well as the court's order granting government's motion for extension of time to respond, [DE #114], and the government's response, [DE #115].

This 7th day of December 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35